UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                Plaintiff,

-against-

WORLD TRADE CENTER; NYC MTA; CITY OF NEW YORK (HRA); NYPD,

                Defendants.

20-CV-0641 (CM)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

    In an order dated November 7, 2019, and entered the next day, the Court barred Plaintiff from filing any new civil action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019). Plaintiff files this new *pro se* action, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the November 7, 2019 order.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  February 3, 2020
          New York, New York

                                          COLLEEN McMAHON
                                       Chief United States District Judge