UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                      Plaintiff,

-against-

WORLD TRADE CENTER; NYC MTA;
CITY OF NEW YORK (HRA); NYPD,

                      Defendants.

20-CV-0641 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 3, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in Frost v. City of New York (HRA), ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), the Court dismisses the complaint without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 3, 2020
             New York, New York

                                            COLLEEN McMAHON
                                       Chief United States District Judge